RAPHAEL LEWISOHN et al., Respondents, *v.* WILLIAM A. CLEV-
ENGER, Appellant.

Reported below, 73 Hun, 615.
(Argued December 3, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made November 17, 1893, which affirmed a judgment in favor
of plaintiffs entered upon a verdict, and also affirmed an order
denying defendant's motion for a new trial.

*William B. Ellison* for appellant.

*John S. Davenport* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

HORACE J. ALLEN, Respondent, *v.* GEORGE W. SISSON et al.,
Appellants.

Reported below, 66 Hun, 140.
(Argued December 5, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made November 22, 1892, which affirmed a judgment in favor
of plaintiff entered upon a decision of the court on trial at
Circuit.

*John A. Vance* for appellants.

*E. H. Neary* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.